UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WYATT STRICKLAND,

       Petitioner,                                 Case No.  2:13-CV-325

v.                                                 HON. GORDON J. QUIST

JEFFREY WOODS,

       Respondent.
                                 /

## ORDER ADOPTING REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the magistrate judge on May 31, 2016.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed May 31, 2016 (ECF No. 16), is approved and adopted as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

      **IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, a certificate of appealability is **DENIED**.

      **This case is concluded.**

      **A separate judgment will issue.**

Dated: July 6, 2016                                                       /s/ Gordon J. Quist
                                                                             GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE